**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00280-REB-MJW

ALLEN HAYNES,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, INC., a Minnesota corporation,

    Defendant.

---

### NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff and the Defendant, by and through their counsel of record and for their Notice of Settlement, hereby state:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice once the settlement documents have been executed by the parties and delivered to all counsel and the settlement terms have been completed by the parties. The parties expect this to happen by March 31, 2009.

Dated: March 24, 2009.

Respectfully Submitted,

| | |
|---|---|
| _s/ David M. Larson_ | _s/ Steven J. Wienczkowski_ |
| David M. Larson, Esq. | Steven J. Wienczkowski, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Adam L. Plotkin, PC |
| Colorado Springs, CO 80903 | 621 17th Street, Suite 2400 |
| (719) 473-0006 | Denver, CO 80293 |
| Attorney for the Plaintiff | (303) 296-3566 |
| | Attorneys for the Defendant |